HENRY L. ROGERS, RESPONDENT, v. JOHN P. GOULD, APPELLANT.

*Contract for purchase of stock — statute of frauds — duty of broker.*

One who gives a verbal order to his broker to purchase certain stock, in pursuance of which the broker purchases the stock, and the same is on the following day delivered to and paid for by him, cannot insist that the contract is void, on the ground that no part of the stock was delivered and no money paid at the time of giving the order. The delivery by the seller, and the acceptance by the broker, acting as the agent of the buyer, renders the contract valid and binding.

The obligation of a stock broker, who has purchased stock for a customer, is to keep at all times on hand or under his control ready for delivery to his customer, upon his paying the sum due him thereon, either the particular shares purchased, or an equal amount of other shares of the same kind. (*Horton* v. *Morgan*, 19 N. Y., 170; *Stewart* v. *Drake*, 46 id., 449; *Nourse* v. *Prime*, 4 Johns. Ch., 490; S. C., 7 id., 69; *Taussig* v. *Hart*, 58 N. Y., 425.)

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Nelson Smith,* for appellant.   *Wm. Henry Anthon,* for respondent.

Opinion by DAVIS, P. J.   BRADY and DANIELS, JJ., concurred.

Judgment affirmed.